UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
*8/16/18*

| | | |
|---|---|---|
| PELE BRADFORD, | : | Case No. 1:18cv215 |
| Petitioner | : | JUDGE DLOTT |
| v. | : | MAGISTRATE JUDGE LITKOVITZ |
| WARDEN, OHIO STATE PENITENTIARY, | : | |
| Respondent | : | |
| | : | |

**RESPONDENT'S MOTION FOR LEAVE TO REPLY TO THE PETITIONER'S TRAVERSE**

The parties filed their initial pleadings. ECF 32, Respondent's answer/return of writ. ECF 39, Petitioner's traverse.

Because of new matter set out in the petitioner's traverse that requires amplification, respondent moves the Court to permit the filing of the following reply to the petitioner's traverse. The Court's order does not explicitly permit a reply to the petitioner's traverse, hence respondent moves to Court to allow the attached reply. Given his litigation history, the petitioner will most likely want to respond to the motion.